IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARCUS WADE,

Petitioner,

VS.  No. 05-1100-T/An

GLEN TURNER,

Respondent.

## ORDER SETTING ASIDE ORDER OF DISMISSAL

On April 1, 2005, petitioner Marcus Wade filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application to proceed *in forma pauperis*. The Court entered an order on April 18, 2005 denying pauper status and ordering petitioner to pay the $5.00 habeas filing fee within thirty days. Petitioner paid the filing fee on April 25, 2005. Inadvertently, however, the fact that the filing fee had been paid was not recorded on the docket sheet, leading to the dismissal of the petition on June 8, 2005.

As the petitioner complied in a timely manner with the Court's order to pay the $5.00 filing fee, the order of dismissal is hereby SET ASIDE. The Court will conduct a preliminary review of the petition pursuant to Rule 4 of the Rules Governing § 2254 Cases.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

20 June 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  6/20/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:05-CV-01100 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Marcus Wade
292802
P.O. Box 549
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT